Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Garage Store and More, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4560378** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**421 North Randall Road**<br>**Lake In The Hills, IL**<br>ZIP Code **60156** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)**
FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Garage Store and More, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                                              FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Garage Store and More, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney**

X **/s/ Stephen G. Balsley**
Signature of Attorney for Debtor(s)

**Stephen G. Balsley**
Printed Name of Attorney for Debtor(s)

**Stephen G. Balsley**
Firm Name

**Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108**

Address

**815/962-6611  Fax: 815/962-0687**
Telephone Number

**October 18, 2007**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Adam Chenault**
Signature of Authorized Individual

**Adam Chenault**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 18, 2007**
Date

Form 6-Summary (10/06)

# United States Bankruptcy Court

### Northern District of Illinois

In re    **Garage Store and More, Inc.**                                    ,    Case No. _____

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 72,757.72 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 62,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 96,115.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 854,842.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 72,757.72 | | |
| Total Liabilities | | | | 1,012,957.00 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Garage Store and More, Inc.**                                              ,        Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6A
(10/05)

In re   **Garage Store and More, Inc.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

 **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Garage Store and More, Inc.**                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with Keystone Realty | - | 7,300.00 |
| | | Security deposit with Inland - Naperville (approximately) | - | 5,300.00 |
| | | Security deposit with Inland - Vernon Hills (approximately) | - | 4,300.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 16,900.00 |
| (Total of this page) | |

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re **Garage Store and More, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Kostantinidas** **Ticket No. WO308** | - | **54.30** |
| | | **Maniscalco** **Ticket No. WO283** | - | **498.00** |
| | | **Axarides** **Ticket No. SR1135** | - | **10.00** |
| | | **Potdar** **Ticket No. WO268** | - | **929.00** |
| | | **Kolcisis** **Ticket No. WO644** | - | **1,057.00** |
| | | **Kay** **Ticket No. WO663** | - | **535.10** |
| | | **Krautsack** **Ticket No. WO667** | - | **774.32** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

|  | Sub-Total > | **3,857.72** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re    **Garage Store and More, Inc.**                                        ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Three Chevy 3500 Vans #154-9072-40402 #024-9075-42074 #154-9077-42182** | - | **27,000.00** |
| | | **GMC Box Truck** | - | **10,000.00** |
| | | **Three Wells Cargo Trailers** | - | **10,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    **47,000.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re   **Garage Store and More, Inc.**                                    ,          Case No. _____

_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Less than $5,000.00** | **-** | **5,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | **5,000.00** |
| Total > | **72,757.72** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re   **Garage Store and More, Inc.**                                                          ,     Case No. _____
                                              Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xx1288**<br><br>**BCU**<br>**400 North Lakeview Drive**<br>**Vernon Hills, IL 60061** | | - | | **Three Wells Cargo Trailers**<br><br><br>Value $            **10,000.00** | | | | **13,000.00** | **3,000.00** |
| Account No. **xxxx8413**<br><br>**BCU**<br>**400 North Lakeview Parkway**<br>**Vernon Hills, IL 60061** | | - | | **GMC Box Truck**<br><br><br>Value $            **10,000.00** | | | | **12,000.00** | **2,000.00** |
| Account No.<br><br>**GMAC**<br>**P.O. Box 9001951**<br>**Louisville, KY 40290-1951** | | - | | **Three Chevy 3500 Vans**<br>**#154-9072-40402**<br>**#024-9075-42074**<br>**#154-9077-42182**<br><br>Value $            **27,000.00** | | | | **37,000.00** | **10,000.00** |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |

  __0__   continuation sheets attached

| | Subtotal<br>(Total of this page) | **62,000.00** | **15,000.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **62,000.00** | **15,000.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07)

.

In re    **Garage Store and More, Inc.**                                      Case No. _____

                                         Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                __1__ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Garage Store and More, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-5585; xx-xxx0378** <br><br> **Illinois Department of Revenue** <br> **Springfield, IL 62796-0001** | X | - | **Sales Tax/Withholding Tax** | | | | <br><br><br><br> 96,115.00 | 0.00 <br><br><br><br> 96,115.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 96,115.00   96,115.00 |
| | Total (Report on Summary of Schedules) | 0.00 <br> 96,115.00   96,115.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06)

In re    **Garage Store and More, Inc.**                                           ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxECxx5380**<br><br>**ABC/Amega, Inc.**<br>**1100 Main Street**<br>**Buffalo, NY 14209** | | - | | | | | 334.33 |
| Account No.<br><br>**ADT Security Services**<br>**P.O. Box 650485**<br>**Dallas, TX 75265-0485** | | - | | | | | 35.28 |
| Account No.<br><br>**Aetna**<br>**P.O. Box 44129**<br>**Jacksonville, FL 32231** | | - | | | | | **Unknown** |
| Account No.<br><br>**Algonquin Industries, LLC**<br>**2030 North Seminary Avenue**<br>**Woodstock, IL 60098** | | - | **Circuit Court of the 22nd Judicial Circuit McHenry County, Illinois Case No. 07-LM-666** | | | | 4,953.00 |
| __17__    continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 5,322.61 |

Official Form 6F (10/06) - Cont.

In re **Garage Store and More, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Garage Store** <br><br> **AllPrint, Inc.** <br> **66 Tournament Drive South** <br> **Hawthorn Woods, IL 60047** | - | | | **Circuit Court of the 22nd Judicial Circuit** <br> **McHenry County, Illinois Case No. 07-SC-3152** | | | | **1,142.71** |
| Account No. **Garage Store** <br><br> **American Family Products** <br> **1275 Lakeside Drive** <br> **Romeoville, IL 60446** | - | | | | | | | **956.45** |
| Account No. **Garage Store** <br><br> **Another Room Storage** <br> **18307 Beck Road** <br> **Marengo, IL 60152** | - | | | | | | | **230.00** |
| Account No. **x0171** <br><br> **Aramsco** <br> **P.O. Box 29** <br> **Thorofare, NJ 08086-0029** | - | | | | | | | **4,396.38** |
| Account No. **xxxxxxxx6658** <br><br> **Arc Disposal** <br> **P.O. Box 9001822** <br> **Louisville, KY 40290-1822** | - | | | | | | | **198.00** |

Sheet no. __**1**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,923.54**

Official Form 6F (10/06) - Cont.

In re   **Garage Store and More, Inc.**                                ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2203**<br><br>**AT&T**<br>**Bill Payment Center**<br>**Saginaw, MI 48663-0003** | | - | | | | | 4,008.36 |
| Account No. **xxxxx2203**<br><br>**AT&T Long Distance**<br>**P.O. Box 660688**<br>**Dallas, TX 75266-0688** | | - | | | | | 77.46 |
| Account No. **xxxx4385**<br><br>**AT&T Yellow Pages**<br>**c/o R.H. Donnelley**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | | - | | | | | 7,298.70 |
| Account No. **Garage Store**<br><br>**Attorney Perry G. Callas**<br>**5412 Route 31, Suite 5**<br>**Crystal Lake, IL 60012** | | - | Legal services | | | | 10,509.50 |
| Account No. **Garage Store**<br><br>**Auto Care Products, Inc.**<br>**6345 nancy Ridge Drive**<br>**San Diego, CA 92121** | | - | | | | | 1,157.98 |

Sheet no. __**2**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           23,052.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Garage Store and More, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Garage Store**<br><br>**Automotive Lift Service & Equipment**<br>**1172 Sweetwater Ridge**<br>**Lake In The Hills, IL 60156** | | - | | | | | | | 3,423.47 |
| Account No. **Garage Store**<br><br>**B Creative**<br>**4190 Bunkerhill Drive**<br>**Algonquin, IL 60102** | | - | | | | | | | 2,880.00 |
| Account No. **xxxx-xxxx-xxxx-5736**<br><br>**BCU Credit Card**<br>**400 North Lakeview Parkway**<br>**Vernon Hills, IL 60061** | X | - | | | | | | | 7,100.00 |
| Account No.<br><br>**C Beyond**<br>**13474 Collection Center Drive**<br>**Chicago, IL 60693** | | - | | | | | | | 3,773.68 |
| Account No. **xxxx-xxxx-xxxx-7371**<br><br>**Capital One**<br>**P.O. Box 790217**<br>**St. Louis, MO 63179-0217** | | - | | | | | | | 1,047.87 |

Sheet no. __3__ of __17__ sheets attached to Schedule of          Subtotal                 18,225.02
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Official Form 6F (10/06) - Cont.

In re **Garage Store and More, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | | | | | |
| **Car Pad** **400 Main Street** **Dayton, NV 89403** | | | | | | | | | **Unknown** |
| Account No. **Garage Store** | | - | | | | | | | |
| **Cash Coupon Book** **6905 Sierra Drive** **Darien, IL 60651** | | | | | | | | | **6,271.00** |
| Account No. **xxxx0867** | | - | | | | | | | |
| **Citibank - Home Depot** **P.O. Box 6029** **The Lakes, NV 88901-6029** | | | | | | | | | **8,721.99** |
| Account No. **xxxxxx-4862** | | - | | | | | | | |
| **City of Naperville** **P.O. Box 4231** **Carol Stream, IL 60197-4231** | | | | | | | | | **651.83** |
| Account No. **x9089** | | - | | | | | | | |
| **Clipper Magazine** **P.O. Box 610** **Mountville, PA 17554** | | | | | | | | | **17,588.00** |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **33,232.82**

Official Form 6F (10/06) - Cont.

In re  **Garage Store and More, Inc.**                                    Case No. _____
_____ ,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Com Ed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** | - | | | 33870090860000000<br>355504202400000000<br>186482704800000000 | | | | 828.63 |
| Account No. **Garage Store**<br><br>**Comcast Spotlight**<br>**TM Graphics**<br>**560 Lively Boulevard**<br>**Elk Grove Village, IL 60007** | - | | | | | | | 31,975.69 |
| Account No. **Garage Store**<br><br>**Coupon Magazine**<br>**85 Market Street, #105**<br>**Elgin, IL 60123** | - | | | | | | | 6,550.00 |
| Account No. **415**<br><br>**Crown Polymers, LLC**<br>**11111 Kiley Drive**<br>**Huntley, IL 60142** | - | | | Circuit Court of the 22nd Judicial Circuit<br>McHenry County, Illinois Case No. 07-LA-102 | | | | 114,228.72 |
| Account No. **xx1662**<br><br>**Custom Plastics, Inc.**<br>**1940 Lunt Avenue**<br>**Elk Grove Village, IL 60007** | - | | | | | | | 1,248.04 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             154,831.08

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Garage Store and More, Inc.**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx9700**<br><br>**Daily Herald**<br>**P.O. Box 280**<br>**Arlington Heights, IL 60006** | | - | | | | | | 608.24 |
| Account No. **Garage Store**<br><br>**Daytona Brands**<br>**1060 East Industrial Drive**<br>**Building C**<br>**Orange City, FL 32763** | | - | | | | | | 592.50 |
| Account No. **xxxx7847**<br><br>**Direct TV**<br>**P.O. Box 740603**<br>**Atlanta, GA 30374** | | - | | | | | | Unknown |
| Account No.<br><br>**Dish Network**<br>**Dept. 0063**<br>**Palatine, IL 60055-0063** | | - | | | | | | 459.56 |
| Account No. **Garage Store**<br><br>**Donald Swanson**<br>**c/o Jeffrey Rouhanden**<br>**100 - 1/2 Cass Street, Box 1289**<br>**Woodstock, IL 60098** | | - | | Circuit Court of the 22nd Judicial Circuit McHenry County, Illinois Case No. 07-LA-154 | | | | 100,000.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**101,660.30**

Official Form 6F (10/06) - Cont.

In re **Garage Store and More, Inc.**                                    , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1958** | | | | | | | | |
| Ettore 2100 North Loop Road Alameda, CA 94502 | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| Fed Ex P.O. Box 94515 Palatine, IL 60094-4515 | - | | | | | | | 334.33 |
| Account No. **Garage Store** | | | | | | | | |
| Forsite Wireless 28W144 Industrial Avenue Suite 110 Barrington, IL 60010 | - | | | | | | | 309.20 |
| Account No. **Garage Store** | | | | | | | | |
| Francorp 20200 Governors  Drive Olympia Fields, IL 60461 | - | | | | | | | 15,047.22 |
| Account No. **1720** | | | | | | | | |
| Gateway Global 16720 Marquart Avenue Cerritos, CA 90703 | - | | | | | | | 25.00 |

Sheet no. __7___ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,715.75

Official Form 6F (10/06) - Cont.

In re **Garage Store and More, Inc.** , Case No. _____
                                   Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Garage Store** <br><br> **GIBL, LLC** <br> **1617 Bryan Road** <br> **O'Fallon, MO 63366** | | - | | | | | 3,106.00 |
| Account No. <br><br> **GMAC** <br> **P.O. Box 9001951** <br> **Louisville, KY 40290-1951** | | - | 024-9075-42074 <br> 154-9072-40402 <br> 154-9077-42182 | | | | 1,096.80 |
| Account No. **Garage Store** <br><br> **Hapa Corporation** <br> **4510 Rolling Hills Drive** <br> **Lake In The Hills, IL 60156** | | - | | | | | 4,380.00 |
| Account No. **xxx436-9** <br><br> **Indiana Insurance** <br> **P.O. Box 2050** <br> **Keene, NH 03431** | | - | | | | | Unknown |
| Account No. <br><br> **Inland Commercial Property Mgmt.** <br> **4575 Payshere Circle** <br> **Chicago, IL 60674** | X | - | Circuit Court of the 18th Judicial Circuit <br> Wheaton, Illinois Case No. 07-L-685 | | | | 252,899.83 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

261,482.63

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Garage Store and More, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Garage Store**<br><br>**Innovative Material Handling, Inc.**<br>**815 Houser Way North, Suite C**<br>**Renton, WA 98055** | - | | | | **Circuit Court of the 22nd Judicial Circuit McHenry County, Illinois Case No. 07-LM-691** | | | | 40,849.27 |
| Account No. **Garage Store**<br><br>**Innovative Solutions**<br>**26541 Agoura Road**<br>**Calabasas, CA 91302** | - | | | | | | | | 143.85 |
| Account No. **x0595**<br><br>**JA Frate**<br>**P.O. Box 497**<br>**Crystal Lake, IL 60039-0497** | - | | | | | | | | 174.00 |
| Account No. **x0595**<br><br>**JA Transportation**<br>**P.O. Box 578**<br>**Crystal Lake, IL 60039** | - | | | | | | | | 265.00 |
| Account No. **Garage Store**<br><br>**JALIC G.T.**<br>**Assurant Health**<br>**9955 - 59th Avenue**<br>**Plymouth, MN 55442** | - | | | | | | | | 3,146.00 |

Sheet no. __9__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  44,578.12

Official Form 6F (10/06) - Cont.

In re  **Garage Store and More, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Garage Store**<br><br>**Joe Due Blades & Equipment**<br>**P.O. Box 134**<br>**Mauston, WI 53948** | | - | | | | | 2,854.74 |
| Account No. **Garage Store**<br><br>**K.D.T., Inc.**<br>**4517 Prime Parkway**<br>**McHenry, IL 60050** | | - | | | | | 88.58 |
| Account No. **Garage Store**<br><br>**Karajen Corp.**<br>**P.O. Box 704**<br>**Libertyville, IL 60048** | | - | | | | | 205.48 |
| Account No. **x0073**<br><br>**Keystone Realty**<br>**23 South Spring Street**<br>**Elgin, IL 60120** | X | - | Unpaid rent (Lake In The Hills) | | | | 5,661.25 |
| Account No. **xxxx30.01**<br><br>**Lake In The Hills Sanitary District**<br>**515 Plum Street**<br>**Lake In The Hills, IL 60156** | | - | | | | | 57.20 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,867.25

Official Form 6F (10/06) - Cont.

In re  **Garage Store and More, Inc.** _____,    Case No. _____
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Garage Store**<br><br>**M&A Precision Truck Repair**<br>**1480 Imhoff Drive**<br>**Lake In The Hills, IL 60156** | - | | | | | | 1,252.21 |
| Account No. **x5015**<br><br>**Maytag/Hoover Corporation**<br>**P.O. Box 635633**<br>**Cincinnati, OH 45263-5633** | - | | | | | | 3,034.47 |
| Account No. **Garage Store**<br><br>**Midwest Fuel Injection**<br>**1100 Hosler Drive**<br>**Bolingbrook, IL 60490** | - | | | | | | 1,669.55 |
| Account No. **Garage Store**<br><br>**Mixed Media Group, Inc.**<br>**c/o Norman D. Vinton**<br>**101 North Throop Street**<br>**Woodstock, IL 60098** | - | | Circuit Court of the 22nd Judicial Circuit<br>McHenry County, Illinois Case No. 06-SC-2437 | | | | 6,050.00 |
| Account No. **xxxxx6000**<br><br>**MODINE**<br>**Dept. 77611**<br>**Detroit, MI 48277-0611** | - | | | | | | 6,790.31 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,796.54

Official Form 6F (10/06) - Cont.

In re  **Garage Store and More, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Garage Store**<br><br>**Money Saver**<br>**480 West Lake Street**<br>**Roselle, IL 60172** | - | | | | | | | | 9,200.00 |
| Account No. **xxxxxxx8869; xxxxxxx6844**<br><br>**Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** | - | 42-04-02-7684<br>37-90-50-1886<br>91-03-94-9540 | | | | | | | 2,544.56 |
| Account No. **xxxxxxxxx9171**<br><br>**North Shore Gas**<br>**P.O. Box A3991**<br>**Chicago, IL 60690-3391** | - | | | | | | | | 543.87 |
| Account No. **xxxxxxxxx9171**<br><br>**North Shore Gas**<br>**Peoples Energy**<br>**P.O. Box 0**<br>**Chicago, IL 60690-3991** | - | | | | | | | | 564.49 |
| Account No. **xxx5358**<br><br>**Northwest Community Hopsital**<br>**Patient Financial Services**<br>**3060 Salk Creek Lane, Suite 110**<br>**Arlington Heights, IL 60005** | - | | | | | | | | 1,170.18 |

Sheet no. __**12**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,023.10**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Garage Store and More, Inc.**                                    ,      Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H / W / J / C | | | | | | |
| Account No. **xx4164**<br><br>**Northwest Newsgroup**<br>**P.O. Box 250**<br>**Crystal Lake, IL 60014** | - | | | | | | | 2,638.78 |
| Account No. **xxxx6167**<br><br>**Office Depot**<br>**2200 Old German Town Road**<br>**Delray Beach, FL 33445** | - | | | | | | | 307.90 |
| Account No. **x1456**<br><br>**Porte Brown**<br>**Porte Brown, LLC**<br>**845 Oakton Street**<br>**Elk Grove Village, IL 60007** | - | | | Accounting services | | | X | 26,800.00 |
| Account No. **xxxxxx9700**<br><br>**Pro Fastening Systems, Inc.**<br>**44 East University Drive**<br>**Arlington Heights, IL 60004** | - | | | | | | | 474.36 |
| Account No. **Garage Store**<br><br>**R & R Metalcraft, Inc.**<br>**11012 North Bakley Street**<br>**P.O. Box 577**<br>**Huntley, IL 60142** | - | | | | | | | 4,544.69 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    34,765.73

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Garage Store and More, Inc.** _____ ,   Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**R.H. Donnelley**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | - | | | | | | 701.03 |
| Account No. **x1846**<br><br>**Racor Home Storage Products**<br>**102 South 1st Avenue**<br>**Sandpoint, ID 83864** | - | | | | | | 4,045.80 |
| Account No. **xx2371**<br><br>**Reel King Ind. PTY, Ltd.**<br>**1005 Commons Drive**<br>**Aurora, IL 60504** | - | | | | | | 1,344.00 |
| Account No. **xxx0782**<br><br>**RH Industries, Inc.**<br>**810 Morse Avenue**<br>**Schaumburg, IL 60193** | - | | | | | | 12,406.64 |
| Account No. **xx9900**<br><br>**Safeway Services**<br>**OS 490 Route 83**<br>**Oakbrook Terrace, IL 60181** | - | | | | | | 10,477.10 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  28,974.57

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Garage Store and More, Inc.**                                              ,    Case No. _____
                                           Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx9700** <br><br> **Save On Everything** <br> **c/o Teller, Levit & Silvertrust** <br> **11 East Adams, Suite 800** <br> **Chicago, IL 60603** | - | | | | | | | 2,302.88 |
| Account No. **xxxxxxxx0126** <br><br> **Schulte Corporation** <br> **P.O. Box 634342** <br> **Cincinnati, OH 45263-4342** | - | | | | | | | 14,044.99 |
| Account No. **xx2146** <br><br> **Sherman Family Healthcare** <br> **P.O. Box 93719** <br> **Chicago, IL 60673-3719** | - | | | | | | | 230.71 |
| Account No. **Garage Store** <br><br> **Showcase Productions** <br> **10 East 22nd Street, #111** <br> **Lombard, IL 60148** | - | | | | | | | 12,300.00 |
| Account No. **x3886** <br><br> **Sirius Technologies, Inc.** <br> **P.O. Box 452** <br> **Fox River Grove, IL 60021-0452** | - | | | | | | | 1,475.97 |

Sheet no. __**15**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    30,354.55

Official Form 6F (10/06) - Cont.

In re **Garage Store and More, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Garage Store** <br><br> **Snap Lock Industries** <br> **2330 West California Avenue** <br> **Salt Lake City, UT 84104** | - | | | | | | 4,368.27 |
| Account No. **8311** <br><br> **Store Watcher** <br> **124 East Main Street** <br> **Cary, IL 60013** | - | | | | | | 2,289.00 |
| Account No. **xxxx0775** <br><br> **The Accessories Group** <br> **1123 Delaware Street** <br> **Salem, VA 24153** | - | | | | | | 6,921.05 |
| Account No. **Garage Store** <br><br> **Tivan Incorporated** <br> **5331 Frost Pointe** <br> **Prior Lake, MN 55372** | - | | | | | | 2,696.24 |
| Account No. **Garage Store** <br><br> **WUSN-FM** <br> **22521 Network Place** <br> **Chicago, IL 60673-7225** | - | | | | | | 21,980.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of                            Subtotal                    38,254.56
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Official Form 6F (10/06) - Cont.

In re **Garage Store and More, Inc.**                                    , Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx6588** | - | | | | | | | | |
| Yellow Book USA P.O. Box 586 Newark, NJ 07101-0586 | | | | | | | | | 7,381.83 |
| Account No. **Exx-xx7-R835** | - | | | | Circuit Court of the 22nd Judicial Circuit McHenry County, Illinois Case No. 07-SC-798 | | | X | |
| Zanck, Coen, Wright, P.C. 40 Brink Street Crystal Lake, IL 60014 | | | | | | | | | 7,400.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                **14,781.83**

Total (Report on Summary of Schedules)       **854,842.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6G
(10/05)

.

In re    **Garage Store and More, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **JM Players, LLC**<br>**60-B West Terra Cotta, #135**<br>**Crystal Lake, IL 60014** | **JM Players, LLC has execuetd an Agreement to purchase assets of the Debtor.  Debtor is holding $5,000.00 payment pending closing.** |

__0__    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6H
(10/05)

In re   **Garage Store and More, Inc.**                                      ,   Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Adam Chenault<br>7236 Bonnie Drive<br>Lakewood, IL 60014 | Inland Commercial Property Mgmt.<br>4575 Payshere Circle<br>Chicago, IL 60674 |
| Donald Swanson<br>741 Mason Lane<br>Lake In The Hills, IL 60156 | Illinois Department of Revenue<br>Springfield, IL 62796-0001 |
| James Melchert<br>60-B Terra Cotta, Unit 135<br>Crystal Lake, IL 60014 | BCU Credit Card<br>400 North Lakeview Parkway<br>Vernon Hills, IL 60061 |
| James Melchert<br>60-B Terra Cotta, Unit 135<br>Crystal Lake, IL 60014 | Illinois Department of Revenue<br>Springfield, IL 62796-0001 |
| Ron Litzau<br>1634 Gleneagle Drive<br>Carpentersville, IL 60110 | Keystone Realty<br>23 South Spring Street<br>Elgin, IL 60120 |

__0__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Garage Store and More, Inc.**                                  Case No. _____

Debtor(s)           Chapter    **7**  _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**30**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 18, 2007**  _____        Signature    **/s/ Adam Chenault** _____

                                                       **Adam Chenault**
                                                       **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Garage Store and More, Inc.** _____   Case No. _____

                                            Debtor(s)          Chapter   **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$0.00** | **2007 year to date** |
| **$0.00** | **2006** |
| **$1,398,342.00** | **2005** |
| **$146,865.00** | **2004** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **CBS Radio, Inc. d/b/a WUSN-FM Radio vs. Garage Store and More, Inc., et al.** **Case No. 07-AR-402** | **Collection** | **Circuit Court of the 22nd Judicial Circuit** **McHenry County, Illinois** | **Pending** |
| **Innovative Material Handling, Inc. vs. Garage Store and More, Inc., et al.** **Case No. 07-LM-691** | **Collection** | **Circuit Court of the 22nd Judicial Circuit** **McHenry County, Illinois** | **Pending** |
| **Crown Polymers, LLC vs. Garage Store and More, Inc., et al.** **Case No. 07-LA-102** | **Collection** | **Circuit Court of the 22nd Judicial Circuit** **McHenry County, Illinois** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Inland Commercial Property Management, Inc. vs. Garage Store and More, Inc., et al. Case No. 07-L-685** | **Collection** | **Circuit Court of the 18th Judicial Circuit Wheaton, Illinois** | **Pending** |
| **Algonquin Industries, LLC vs. Garage Store and More, Inc., et al. Case No. 07-LM-666** | **Collection** | **Circuit Court of the 22nd Judicial Circuit McHenry County, Illinois** | **Pending** |
| **Allprint, Inc. vs. Garage Store and More, Inc., et al. Case No. 07-SC-3152** | **Collection** | **Circuit Court of the 22nd Judicial Circuit McHenry County, Illinois** | **Pending** |
| **Donald W. Swanson vs. Adam Chenault, et al. Case No. 07-LA-154** | **Collection** | **Circuit Court of the 22nd Judicial Circuit McHenry County, Illinois** | **Pending** |
| **Zanck, Coen & Wright, P.C. vs. Garage Store and More, Inc. Case No. 07-SC-798** | **Collection** | **Circuit Court of the 22nd Judicial Circuit McHenry County, Illinois** | **Pending** |
| **Mixed Media Group, Inc. vs. Adam Chenault, et al. Case No. 06-SC-2437** | **Collection** | **Circuit Court of the 22nd Judicial Circuit McHenry County, Illinois** | **Pending** |
| **Innovative Material Handling, Inc. vs. Garage Store and More, Inc., et al. Case No. CR4** | **Collection** | **Superior Court of the State of Washington County of King** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Home State Bank 50 West Acorn Lane Libertyville, IL** | **09/2007** | **GMC 7500; $13,000.00** |
| **Ford Motor Credit** | | **2 X Ford** |

4

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Epoxy equipment and tools** | **$0.00** | **06/2007** |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Attorney Stephen G. Balsley Barrick, Switzer, Long, Balsley & Van Evera 6833 Stalter Drive Rockford, IL 61108** | **10/2007** | **$3,000.00 fees; $299.00 costs** |

**10. Other transfers**

None
☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **BCU Credit Card**<br>**400 North Lakeview Parkway**<br>**Vernon Hills, IL 60061** | | |

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

6

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **GSM Lith, LLC** | | | **Garage organization (retail)** | **Never operated** |
| **GSM Nap, LLC** | | | **Garage organization (retail)** | **Never operated** |
| **GSM WH, LLC** | | | **Garage organization (retail)** | **Never operated** |
| **Garage Store Classics, LLC** | | | **Garage organization (retail)** | **Never operated** |
| **GSM Holdings, LLC** | | | **Garage organization (retail)** | **Never operated** |
| **GSM Manufacturing, LLC** | | | **Garage organization (retail)** | **Never operated** |
| **GSM Franchise Group, LLC** | | | **Garage organization (retail)** | **Never operated** |
| **GSM - WEB, LLC** | | | **Garage organization (retail)** | **Never operated** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michelle Patterson** | **01/2007 to present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Porte Brown** | **Porte Brown, LLC** | **06/2006** |
| | **845 Oakton Street** | |
| | **Elk Grove Village, IL 60007** | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Porte Brown** | **Porte Brown, LLC** |
| | **845 Oakton Street** |
| | **Elk Grove Village, IL 60007** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **06/2006** | **Dan Weaver** | **$5,000.00 cost** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **06/2006** | **Garage Store and More, Inc.** |
| | **421 North Randall Road** |
| | **Lake In The Hills, IL 60156** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Donald Swanson** | **Vice President** | **20%** |
| **741 Mason Lane** | | |
| **Lake In The Hills, IL 60156** | | |
| **James Melchert** | **Shareholder** | **20%** |
| **60-B Terra Cotta, Unit 135** | | |
| **Crystal Lake, IL 60014** | | |

9

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Adam Chenault** | **President** | **60%** |
| **7236 Bonnie Drive** | | |
| **Lakewood, IL 60014** | | |

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Donald Swanson** | **Vice President** | **20%** |
| **741 Mason Lane** | | |
| **Lake In The Hills, IL 60156** | | |
| **James Melchert** | **Shareholder** | **20%** |
| **60-B West Terra Cotta, Unit 135** | | |
| **Crystal Lake, IL 60014** | | |
| **Adam Chenault** | **President** | **60%** |
| **7236 Bonnie Drive** | | |
| **Lakewood, IL 60014** | | |

**22 . Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
☐    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **Ron Litzau** | **1634 Gleneagle Drive** | **11/2005** |
| | **Carpentersville, IL 60110** | |

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **James Melchert** | **Secretary** | **09/2007** |
| **60-B West Terra Cotta, Unit 135** | | |
| **Crystal Lake, IL 60014** | | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■    in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
    commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■    group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
    of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 18, 2007**                     Signature  **/s/ Adam Chenault**
                                                           **Adam Chenault**
                                                           **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Garage Store and More, Inc.**                                  Case No. _____

_____

Debtor(s)                              Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 18, 2007**_____          **/s/ Stephen G. Balsley**_____
                                                       **Stephen G. Balsley**
                                                       **Stephen G. Balsley**
                                                       **Barrick, Switzer, Long, Balsley & Van Evera**
                                                       **6833 Stalter Drive**
                                                       **Rockford, IL 61108**
                                                       **815/962-6611   Fax: 815/962-0687**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Garage Store and More, Inc.**

Case No.

Debtor(s)         Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      **103**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 18, 2007**                    **/s/ Adam Chenault**

**Adam Chenault**/**President**
Signer/Title

ABC/Amega, Inc.
1100 Main Street
Buffalo, NY 14209


Adam Chenault
7236 Bonnie Drive
Lakewood, IL 60014


ADT Security Services
P.O. Box 650485
Dallas, TX 75265-0485


Aetna
P.O. Box 44129
Jacksonville, FL 32231


Algonquin Industries, LLC
2030 North Seminary Avenue
Woodstock, IL 60098


AllPrint, Inc.
66 Tournament Drive South
Hawthorn Woods, IL 60047


American Family Products
1275 Lakeside Drive
Romeoville, IL 60446


Another Room Storage
18307 Beck Road
Marengo, IL 60152


Aramsco
P.O. Box 29
Thorofare, NJ 08086-0029


Arc Disposal
P.O. Box 9001822
Louisville, KY 40290-1822


Arc Disposal
2101 South Busse Road
Mt. Prospect, IL 60056

Ariano, Hary, Nyuli, et al.
474 Summit Street
Elgin, IL 60120


AT&T
Bill Payment Center
Saginaw, MI 48663-0003


AT&T Long Distance
P.O. Box 660688
Dallas, TX 75266-0688


AT&T Yellow Pages
c/o R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682-0085


Attorney Perry G. Callas
5412 Route 31, Suite 5
Crystal Lake, IL 60012


Auto Care Products, Inc.
6345 nancy Ridge Drive
San Diego, CA 92121


Automotive Lift Service & Equipment
1172 Sweetwater Ridge
Lake In The Hills, IL 60156


B Creative
4190 Bunkerhill Drive
Algonquin, IL 60102


BCU
400 North Lakeview Drive
Vernon Hills, IL 60061


BCU
400 North Lakeview Parkway
Vernon Hills, IL 60061


BCU Credit Card
400 North Lakeview Parkway
Vernon Hills, IL 60061

C Beyond
13474 Collection Center Drive
Chicago, IL 60693


Capital One
P.O. Box 790217
St. Louis, MO 63179-0217


Car Pad
400 Main Street
Dayton, NV 89403


Cash Coupon Book
6905 Sierra Drive
Darien, IL 60651


Citibank - Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029


City of Naperville
P.O. Box 4231
Carol Stream, IL 60197-4231


Clipper Magazine
P.O. Box 610
Mountville, PA 17554


Com Ed
Bill Payment Center
Chicago, IL 60668-0001


Comcast Spotlight
TM Graphics
560 Lively Boulevard
Elk Grove Village, IL 60007


Coupon Magazine
85 Market Street, #105
Elgin, IL 60123


Crown Polymers, LLC
11111 Kiley Drive
Huntley, IL 60142

Custom Plastics, Inc.
1940 Lunt Avenue
Elk Grove Village, IL 60007


D. Norton
The Norton Law Firm
2789 Woodmere Drive
Darien, IL 60561


Daily Herald
P.O. Box 280
Arlington Heights, IL 60006


Daytona Brands
1060 East Industrial Drive
Building C
Orange City, FL 32763


Direct TV
P.O. Box 740603
Atlanta, GA 30374


Dish Network
Dept. 0063
Palatine, IL 60055-0063


Donald Swanson
c/o Jeffrey Rouhanden
100 - 1/2 Cass Street, Box 1289
Woodstock, IL 60098


Donald Swanson
741 Mason Lane
Lake In The Hills, IL 60156


Ettore
2100 North Loop Road
Alameda, CA 94502


Fed Ex
P.O. Box 94515
Palatine, IL 60094-4515

Forsite Wireless
28W144 Industrial Avenue
Suite 110
Barrington, IL 60010


Francorp
20200 Governors Drive
Olympia Fields, IL 60461


Franks, Gerkin & McKenna, P.C.
19333 East Grant Highway
P.O. Box 5
Marengo, IL 60152


Gateway Global
16720 Marquart Avenue
Cerritos, CA 90703


GIBL, LLC
1617 Bryan Road
O'Fallon, MO 63366


GMAC
P.O. Box 9001951
Louisville, KY 40290-1951


Hapa Corporation
4510 Rolling Hills Drive
Lake In The Hills, IL 60156


Illinois Department of Revenue
Springfield, IL 62796-0001


Indiana Insurance
P.O. Box 2050
Keene, NH 03431


Inland Commercial Property Mgmt.
4575 Payshere Circle
Chicago, IL 60674


Innovative Material Handling, Inc.
815 Houser Way North, Suite C
Renton, WA 98055

Innovative Solutions
26541 Agoura Road
Calabasas, CA 91302

JA Frate
P.O. Box 497
Crystal Lake, IL 60039-0497

JA Transportation
P.O. Box 578
Crystal Lake, IL 60039

JALIC G.T.
Assurant Health
9955 - 59th Avenue
Plymouth, MN 55442

James Melchert
60-B Terra Cotta, Unit 135
Crystal Lake, IL 60014

JM Players, LLC
60-B West Terra Cotta, #135
Crystal Lake, IL 60014

Joe Due Blades & Equipment
P.O. Box 134
Mauston, WI 53948

K.D.T., Inc.
4517 Prime Parkway
McHenry, IL 60050

Karajen Corp.
P.O. Box 704
Libertyville, IL 60048

Keystone Realty
23 South Spring Street
Elgin, IL 60120

Lake In The Hills Sanitary District
515 Plum Street
Lake In The Hills, IL 60156

M&A Precision Truck Repair
1480 Imhoff Drive
Lake In The Hills, IL 60156


Maytag/Hoover Corporation
P.O. Box 635633
Cincinnati, OH 45263-5633


Michelle C. Gehris
2030 North Seminary Avenue (Rt. 47)
Woodstock, IL 60098


Midwest Fuel Injection
1100 Hosler Drive
Bolingbrook, IL 60490


Mixed Media Group, Inc.
c/o Norman D. Vinton
101 North Throop Street
Woodstock, IL 60098


MODINE
Dept. 77611
Detroit, MI 48277-0611


Money Saver
480 West Lake Street
Roselle, IL 60172


Nicor
P.O. Box 416
Aurora, IL 60568-0001


North Shore Gas
P.O. Box A3991
Chicago, IL 60690-3391


North Shore Gas
Peoples Energy
P.O. Box 0
Chicago, IL 60690-3991


North Shore Gas
P.O. Box A3991
Chicago, IL 60690-3991

North Shore Gas
3001 Grand Avenue
Waukegan, IL 60085


Northwest Community Hopsital
Patient Financial Services
3060 Salk Creek Lane, Suite 110
Arlington Heights, IL 60005


Northwest Newsgroup
P.O. Box 250
Crystal Lake, IL 60014


Office Depot
2200 Old German Town Road
Delray Beach, FL 33445


Porte Brown
Porte Brown, LLC
845 Oakton Street
Elk Grove Village, IL 60007


Pro Fastening Systems, Inc.
44 East University Drive
Arlington Heights, IL 60004


R & R Metalcraft, Inc.
11012 North Bakley Street
P.O. Box 577
Huntley, IL 60142


R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682-0085


Racor Home Storage Products
102 South 1st Avenue
Sandpoint, ID 83864


Reel King Ind. PTY, Ltd.
1005 Commons Drive
Aurora, IL 60504

RH Industries, Inc.
810 Morse Avenue
Schaumburg, IL 60193


Ron Litzau
1634 Gleneagle Drive
Carpentersville, IL 60110


Safeway Services
OS 490 Route 83
Oakbrook Terrace, IL 60181


Save On Everything
c/o Teller, Levit & Silvertrust
11 East Adams, Suite 800
Chicago, IL 60603


Schulte Corporation
P.O. Box 634342
Cincinnati, OH 45263-4342


Shawn C. Fulbright
Thomas R. Jakeway
P.O. Box 1510
Rockford, IL 61110-0010


Sherman Family Healthcare
P.O. Box 93719
Chicago, IL 60673-3719


Showcase Productions
10 East 22nd Street, #111
Lombard, IL 60148


Sirius Technologies, Inc.
P.O. Box 452
Fox River Grove, IL 60021-0452


Snap Lock Industries
2330 West California Avenue
Salt Lake City, UT 84104


Store Watcher
124 East Main Street
Cary, IL 60013

Sullivan, Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, IL 60523


The Accessories Group
1123 Delaware Street
Salem, VA 24153


Tivan Incorporated
5331 Frost Pointe
Prior Lake, MN 55372


WUSN-FM
22521 Network Place
Chicago, IL 60673-7225


Yellow Book USA
P.O. Box 586
Newark, NJ 07101-0586


Zanck, Coen, Wright, P.C.
40 Brink Street
Crystal Lake, IL 60014

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Garage Store and More, Inc.**
_____
Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Garage Store and More, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 18, 2007**
_____
Date

**/s/ Stephen G. Balsley**
_____
**Stephen G. Balsley**
Signature of Attorney or Litigant
Counsel for   **Garage Store and More, Inc.**
**Stephen G. Balsley**
**Barrick, Switzer, Long, Balsley & Van Evera**
**6833 Stalter Drive**
**Rockford, IL 61108**
**815/962-6611 Fax:815/962-0687**